IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-mj-01068-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT OTILIO MONTOYA,

    Defendant.

## ORDER

THIS MATTER coming before the Court upon motion of the government to dismiss the Criminal Complaint and vacate the Arrest Warrant in the above-entitled case, and the Court having considered the same,

IT IS HEREBY ORDERED that the Criminal Complaint in the above-captioned case is dismissed and the Arrest Warrant is vacated.

SO ORDERED this 30TH day of September, 2011.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO